AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Counts 1-2: 18 U.S.C. Section 913 - Impersonating Agent of U.S.

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Each Count: 3 years prison; 1 year supervised release; $250,000 fine; and $100 mandatory special assessment

**DEFENDANT - U.S.**
Jeremy Christian Brickner

**DISTRICT COURT NUMBER**
CR 06

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  Jeffrey R. Finigan

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST**  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: none

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

**CR 06 0790 CR**

UNITED STATES OF AMERICA,

v.

JEREMY CHRISTIAN BRICKNER

DEFENDANT.

---

# INDICTMENT

---

A true bill.

_____ Foreman

Filed in open court this ___7___ day of
_December 2007_
_____
Clerk

Bail $ No bail warrant

KEVIN V. RYAN (CSBN 118321)
United States Attorney

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CR 06 0790**

| UNITED STATES OF AMERICA, | ) No. |
| --- | --- |
| Plaintiff, | ) VIOLATIONS: Title 18, United States Code, Section 913 – Impersonating an Agent of the United States |
| v. | ) |
| JEREMY CHRISTIAN BRICKNER, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

CRB

INDICTMENT

The Grand Jury charges:

COUNT ONE: 18 U.S.C. § 913 (Impersonating an Agent of the United States)

On or about May 11, 2006, in the Northern District of California, the defendant,

JEREMY CHRISTIAN BRICKNER,

did knowingly and falsely represent himself to be an officer, agent, and employee of the United States, and did in such assumed character arrest and detain K.T. and O.T., in violation of Title 18, United States Code, Section 913.

INDICTMENT

1  COUNT TWO: 18 U.S.C. § 913 (Impersonating an Agent of the United States)

2      On or about October 22, 2006, in the Northern District of California, and elsewhere, the

3  defendant,

4  JEREMY CHRISTIAN BRICKNER,

5  did knowingly and falsely represent himself to be an officer, agent, and employee of the United

6  States, and did in such assumed character arrest and detain S.K., in violation of Title 18, United

7  States Code, Section 913.

10  DATED: 12/7/2006                    A TRUE BILL.

12                                                 FOREPERSON

14  KEVIN V. RYAN
    United States Attorney

17  MARK L. KROTOSKI
    Chief, Criminal Division

20  (Approved as to form: _____)
                        AUSA Finigan

INDICTMENT                            2