UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 06-0790 CRB |
| Plaintiff, | ) | |
| v. | ) | **MARK JOCOY DECLARATION AND AGREEMENT** |
| JEREMY CHRISTIAN BRICKNER, | ) | |
| Defendant. | ) | |

I, Mark Jocoy, state, declare and agree as follows:

1. I appeared before the Honorable Bernard Zimmerman, United States Magistrate Judge, on December 15, 2006, and agreed to act as a surety for the defendant. In exchange for my promises set forth herein, as well as the additional terms set forth in the defendant's conditions of release, the defendant was ordered released by Judge Zimmerman on December 15, 2006.

2. Judge Zimmerman explained to me that he was assessing the defendant $2,000.00 as reimbursement for the costs of his appointed Federal Public Defender, Ronald Tyler, Esq. (the "Assessment"). Judge Zimmerman also explained to me that at the conclusion of the defendant's case, he will determine what, if any, additional

JOCOY AGREEMENT
CR 06-0790 CRB

sum shall be paid by the defendant as reimbursement for expenses incurred for the services of Mr. Tyler (the "Further Assessment").

3. I own the real property and structures located at 6951 Pocket Rd., Sacramento, CA, 95831 (the "Property"), with the defendant, Jeremy Christian Brickner. We are the only owners of the Property and we have equal interests in the Property. Title to the property is held only in my name and any and all proceeds from the sale of the property will be paid to me. However, when the Property is sold we will each be entitled to 50% of the proceeds of the sale.

4. Until relieved of the agreements set forth herein by this Court, I agree to the following: I will not pay or otherwise transfer the proceeds or any interest in the proceeds from the sale of the Property or any interest in the Property to the defendant until the Assessment and Further Assessment have been paid and if the Assessment and Further Assessment have not been paid upon my receipt of any proceeds from the sale of the Property or any interest in the Property, I will use the defendant's portion of those proceeds to pay the Assessment and Further Assessment until they are paid in full or the defendant's share of the proceeds are exhausted.

I hereby agree to the foregoing and declare under penalty of perjury the foregoing is true and correct to the best of my knowledge. Executed on  1-3-07 , in  Sacramento , California.

```
            /s/
_____
MARK JOCOY
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**MARK JOCOY DECLARATION AND AGREEMENT**

in the case of **UNITED STATES V. JEREMY CHRISTIAN BRICKNER, CR 06-0790 CRB** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**Ron Tyler**
**Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA  94102**

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

_____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   January 10, 2007

/s/
RAWATY YIM
United States Attorney's Office

JOCOY AGREEMENT
CR 06-0790 CRB                                3